*HALPHEN vs. FRANKLIN S CURATOR.*

APPEAL FROM THE COURT OF THE PARISH AND CITY OF NEW-ORLEANS.

In a case where no question of law is raised, the judgment of the court *a quo* will be confirmed if it appear to be in conformity with the facts of the case.

The plaintiff claimed from the defendant $ 408, for medical services rendered to the deceased and his family. The court *a quo* was of opinion, from the testimony, that the claim was just, and gave judgment against the curator, from which he appealed.

*Nixon*, for appellant.   *De Armas*, for appellee.

*Martin, J.* delivered the opinion of the court.

This is a suit brought on a physician's bill, for professional services to the deceased, his house-keeper, and slaves. The plaintiff had judgment and the curator appealed.

Claims like the present, against the estates of deceased persons, being sometimes swelled or improperly urged, the curator thought it his duty to resist the present both in the lower and this court.

The judge of probates has stated that, after mature consideration, the same objections might appear founded against one of the witnesses, who, from the situation in which he was placed, could have hardly acquired positive knowledge of certain facts. The court was conscious from other unquestionable parts of the testimony, that the services of the plaintiff were actually rendered and were not over-charged.

No question of law has been raised before us, and the

In a case where no question of law is raised, the judgment of the court *a quo* will be confirmed if it appear to be in conformity with the facts of the case.

Eastern District,
*June* 1831.

HALFEN
*vs.*
FRANKLIN'S
CURATOR.

reading of the record has not impressed us with the idea that the judge erred.

It is, therefore, ordered, adjudged and decreed, that the judgment of the Court of Probates be affirmed with costs in both courts.